**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

**UNITED STATES OF AMERICA,**

**v.**

**KADE GARRETT RANDALL,**

**Defendant.**

**INDICTMENT**

**CASE NO. 5:26-CR-__________**

**VIOLATION(S):**
**18 U.S.C. § 2251(a)**
**18 U.S.C. § 2251(e)**
**18 U.S.C. § 2252A(a)(5)(B)**
**18 U.S.C. § 2252A(b)(2)**
**18 U.S.C. § 2253**

**THE GRAND JURY CHARGES:**

**<u>COUNT ONE</u>**
**(Attempt to Sexually Exploit a Child)**

Beginning on an unknown date to the Grand Jury and continuing through on or about November 13, 2025, in the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the Defendant,

**KADE GARRETT RANDALL,**

attempted to use Minor A and Minor B, whose identities are known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depictions would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting such commerce, and where the visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer. All in violation of Title 18, United States Code, Sections 2251(a) and (e).

**COUNT TWO**
**(Possession of Child Pornography)**

Beginning on an unknown date to the Grand Jury and continuing through on or about November 25, 2025, in the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the Defendant,

**KADE GARRETT RANDALL,**

did knowingly possess material that contained at least one image of child pornography as defined in Title 18, United States Code, Section 2256(8), involving a prepubescent minor and a minor who had not attained 12 years of age, such images having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; said images being possessed on a Black Asus Laptop (Serial Number F3N0WU02271310D). All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

**FORFEITURE NOTICE**
**(18 U.S.C. § 2253 - Criminal Forfeiture)**

1. The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 2253.

2. Upon conviction of the offense(s) in violation of Title 18, United States Code, Sections 2251(a) and (e) as set forth in Count One; and/or Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2) as set forth in Count Two of this Indictment, the defendant,

**KADE GARRETT RANDALL,**

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 2253:

(a) Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 . . . or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

(b) Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense(s); and

(c) Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense(s).

The foregoing property includes, but is not limited to, the following: one (1) Black Asus Laptop, Serial Number: F3N0WU02271310D.

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon exercise of due diligence;

(b) has been transferred, sold to or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

All pursuant to 18 U.S.C. § 2253.

A TRUE BILL.

/s/Foreperson of the Grand Jury
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

WILLIAM R. KEYES
UNITED STATES ATTORNEY

TRAVIS D. LYNES
ASSISTANT UNITED STATES ATTORNEY

***Filed in open court this 15th day of September A.D. 2026.***

**_Deputy Clerk_**