**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **CASE NO. 5:26-CR-38** |
| | : | |
| **KADE GARRETT RANDALL,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

TO THE HONORABLE JUDGES OF SAID COURT:

The petition of the United States of America, by William R. Keyes, United States Attorney for the Middle District of Georgia, respectfully shows:

1. That an indictment was filed against Kade Garrett Randall in the United States District Court for the Middle District of Georgia, charging the defendant with **Attempt to Sexually Exploit a Child** and **Possession of Child Pornography,** all in violation of Title 18, United States Code, Sections 2251(a) and (e), Section 2256(8), and Sections 2252A(a)(5)(B) and (b)(2).

2. That said Defendant is now confined at the Houston County Detention Center in Perry, Georgia in the custody of the Sheriff thereof.

3. Petitioner further shows that the above-entitled case has been assigned for an initial appearance on the 21st day of September 2026, at 2:30 p.m. at the United States Courthouse in Macon, Georgia, and it is necessary that said Defendant be brought before this Honorable Court for said hearing at the time aforesaid.

WHEREFORE, your Petitioner prays that a writ of habeas corpus ad prosequendum duly issue, directed to the Sheriff of said penal institution, directing and requiring him to deliver the body of the said Kade Garrett Randall, W/M, DOB **/**/1997, SSN ***-**-3214, to the Marshal of this District, or his lawful deputy, to be brought by him before this Honorable Court at the time

of said hearing, to the end that he may then and there participate in the initial appearance on the 21st day of September 2026, at 2:30 p.m., and may receive and abide by the judgment of this Court in the premises, thence to be returned to the custody from whence he came.

RESPECTFULLY SUBMITTED, this 16th day of September, 2026.

WILLIAM R. KEYES
UNITED STATES ATTORNEY

BY: s/ Travis Lynes

TRAVIS LYNES
Assistant United States Attorney
Georgia Bar No. 675496
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
Telephone: (478) 752-3511
E-mail: travis.lynes@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Travis Lynes, Assistant United States Attorney, hereby certify that I electronically filed the within and foregoing **MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** by filing said notice with the Clerk of the Court using the CM/ECF system.

This the 16th day of September, 2026.

WILLIAM R. KEYES
UNITED STATES ATTORNEY

BY: s/ Travis Lynes
TRAVIS LYNES
Assistant United States Attorney
Georgia Bar No. 675496
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
Telephone: (478) 752-3511
E-mail: travis.lynes@usdoj.gov