**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **CASE NO. 5:26-CR-38** |
| | : | |
| **KADE GARRETT RANDALL** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

The Petition for a Writ of Habeas Corpus *Ad Prosequendum* filed by the United States seeking the production of Kade Garrett Randall W/M, DOB **/**/1997, SSN ***-**-3214, having been presented, read, and considered,

IT IS HEREBY AND ORDERED AND DIRECTED that the Sheriff of the Houston County Detention Center in Perry, Georgia deliver Kade Garrett Randall to the United States Marshal for the Middle District of Georgia, and that the United States Marshal produce Kade Garrett Randall before the Honorable Court of the United States at Macon, Georgia, not later than **2:30 p.m., September 21, 2026**, and that the said Marshal, or his lawful deputy, return Kade Garrett Randall to the custody whence he came when his presence in the above-stated case is no longer required.

SO ORDERED AND DIRECTED, this 16th day of September, 2026.

s/ Charles H. Weigle
CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE