**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 5:26-CR-38** |
| | : | |
| **KADE GARRETT RANDALL,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## NOTICE OF DNA TESTING

Under 18 U.S.C. § 3600, any defendant who is serving a federal sentence can make a motion to the court to have DNA testing done on any biological evidence in his case. In order to make such a motion, the defendant must state under penalty of perjury that he is not guilty and then request that DNA testing be done on any biological evidence.

Biological evidence is blood, hair, semen, saliva, skin tissue or other identified biological material.

If, after conviction, you request such a test, you must state, under penalty of perjury, that you are actually innocent. If DNA testing is done on your motion and the result show that you are in fact guilty, then the government could petition to the court to have you held in contempt of court and ordered to pay the cost of the test or have your good time taken away by the prison system or prosecuted for false assertions. If convicted of false assertions, the sentence is not less than three years imprisonment which must follow the sentence that you are presently serving.

If you believe that there is biological evidence in your case which could be subject to DNA testing, you should discuss with your attorney and determine whether or not you wish to request such testing prior to trial.

RESPECTFULLY SUBMITTED, this 18th day September 2026.

WILLIAM R. KEYES
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF GEORGIA

BY: s/ Travis Lynes
TRAVIS LYNES
Assistant United States Attorney
Georgia Bar No. 675496
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
Telephone: (478) 752-3511
E-mail: travis.lynes@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Travis Lynes, Assistant United States Attorney, do hereby certify that I have this date served the within and foregoing ***Notice of DNA Testing*** by electronically filing said motion with the Clerk of the Court and upon the Defendant by hand delivering a copy of said motion to Defendant.

This 18th day of September 2026.

WILLIAM R. KEYES
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF GEORGIA

BY: s/ Travis Lynes
TRAVIS LYNES
Assistant United States Attorney
Georgia Bar No. 675496
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
Telephone: (478) 752-3511
E-mail: travis.lynes@usdoj.gov