**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 5:26-CR-38** |
| **v.** | : | |
| **KADE GARRETT RANDALL,** | : | |
| **Defendant** | : | |

# **P L E A**

I, **KADE GARRETT RANDALL,** having been advised of my Constitutional rights and having had the charges herein stated to me in open court, plead NOT GUILTY to the Indictment in open court, this 21 day of September, 2026.

[signature]
**KADE GARRETT RANDALL**
DEFENDANT

[signature]
ATTORNEY FOR DEFENDANT

[signature]
**TRAVIS D. LYNES**
ASSISTANT UNITED STATES ATTORNEY