**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**KADE GARRETT RANDALL,**<br><br>**Defendant.** | **CASE: 5:26-CR-038-MTT-CHW-1** |

# NOTICE OF APPEARANCE

COMES NOW Undersigned Counsel, Danisha L. McClary, who hereby enters her appearance as counsel on behalf of ***Kade Garrett Randall*** in the above-styled case. All future notices of filings and proceedings should be directed to her.

Dated this, 25th day of September 2026.

Respectfully submitted,

***/s/Danisha L. McClary***
Danisha L. McClary
GA Bar No. 435179
SC Bar No. 106812
Attorney for Defendant

Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King Jr. Blvd.
Suite 400
Macon, GA 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
Email: Danisha_mcclary@fd.org

**CERTIFICATE OF SERVICE**

I, Danisha L. McClary, hereby certify that, on September 25th, 2026, I electronically filed the foregoing *Notice of Appearance* with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

***/s/Danisha L. McClary***
Danisha L. McClary
GA Bar No. 435179
SC Bar No. 106812
Attorney for Defendant

Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King Jr. Blvd.
Suite 400
Macon, GA 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
Email: Danisha_mcclary@fd.org