**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**KADE GARRETT RANDALL,**<br><br>**Defendant.** | **CASE: 5:26-CR-038-MTT-CHW-1** |

# DEFENDANT'S FIRST UNOPPOSED MOTION TO CONTINUE TRIAL IN THE ENDS OF JUSTICE

TO THE HONORABLE COURT:

COMES NOW Defendant Kade Garrett Randall ("Mr. Randall"), by and through Undersigned Counsel, Danisha L. McClary, and respectfully moves this Court to continue the November 2026 trial term to the next available trial term. In support thereof, Mr. Randall states, alleges, and prays as follows:

1. On September 15, 2026, the Government filed a two-count Indictment against Mr. Randall. *Docket 1*. On September 21, 2026, Mr. Randall appeared for his initial appearance and arraignment, entered pleas of not guilty, and was appointed to be represented by the Federal Defenders of the Middle District of Georgia, Inc. *Dockets 10–12*. Mr. Randall remains detained pending trial. *Docket 16*.
2. Undersigned Counsel entered her appearance and filed a Request for Discovery on September 25, 2026. *Dockets 17–18*.
3. The Court has scheduled trial for November 2, 2026. The Court has further instructed the parties to file a written announcement or motion to continue by October 2, 2026. If the case

is announced ready for trial, the Court will schedule the final pretrial conference for October 20, 2026. *Docket 15*.

4. The Court's Standard Pretrial Order requires the parties to confer and accomplish the specified discovery obligations within thirty days of September 21, 2026, establishing a discovery deadline of October 21, 2026. *Docket 13*.
5. Counsel has taken steps to obtain discovery promptly. In addition to filing the discovery request, Counsel conferred with AUSA Travis Lynes on September 29, 2026. During that discussion, the Government advised that it anticipated providing discovery on September 30 or October 1, 2026.
6. On October 1, 2026, Defense picked up a copy of a drive containing discovery in this case after receiving email notification from the Government that discovery was available for pickup.
7. A continuance is necessary because discovery has been in Defense's custody for less than 24 hours and Counsel and Mr. Randall will need additional time to review discovery, discuss the evidence with Mr. Randall, identify and conduct necessary investigation, evaluate potential pretrial issues, and determine whether further records or expert assistance are needed.
8. Given Counsel's recent entry of appearance and the recent receipt of discovery, the existing schedule does not provide sufficient time to accomplish these tasks effectively.
9. This is Mr. Randall's first request for a continuance. It is made in good faith and not for unnecessary delay. Counsel recognizes Mr. Randall's interest in a prompt resolution while detained, as well as the public's interest in a speedy trial. Nevertheless, additional

preparation time is necessary despite Counsel's diligence in requesting discovery and communicating with the Government.

10. Under 18 USC § 3161(h)(7)(B)(iv), failure to grant the requested continuance would deny Counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Mr. Randall respectfully requests that the Court find, pursuant to 18 USC § 3161(h)(7)(A), that the ends of justice served by granting the continuance outweigh the best interests of the public and Mr. Randall in a speedy trial.

11. Undersigned Counsel consulted with AUSA Travis Lynes, who advised that the Government does not oppose this request.

WHEREFORE, Mr. Randall respectfully requests that this Court continue the November 2, 2026 trial setting to the next available trial term; reset the pretrial conference and filing deadlines; make the findings required by 18 U.S.C. § 3161(h)(7)(A); exclude the resulting delay under the Speedy Trial Act; and grant such further relief as the Court deems proper.

Dated this, 2nd day of October 2026.

Respectfully submitted,

***/s/Danisha L. McClary***
Danisha L. McClary
GA Bar No. 435179
SC Bar No. 106812
Attorney for Defendant

Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King Jr. Blvd.
Suite 400
Macon, GA 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
Email: Danisha_mcclary@fd.org

## CERTIFICATE OF SERVICE

I, Danisha L. McClary, hereby certify that, on October 2nd, 2026, I electronically filed the foregoing *Defendant's First Unopposed Motion to Continue Trial in the Ends of Justice* with the Clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

***/s/Danisha L. McClary***
Danisha L. McClary
GA Bar No. 435179
SC Bar No. 106812
Attorney for Defendant

Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King Jr. Blvd.
Suite 400
Macon, GA 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
Email: Danisha_mcclary@fd.org