AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

**RECEIVED**
By US Marshals Service at 11:13 am, Sep 16, 2026

United States of America
v.

KADE GARRETT RANDALL
*Defendant*

Case No. 5:26-CR-00038-MTT-CHW
2620-0916-1343-J
FID 11888548
USMS #24418-512

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* KADE GARRETT RANDALL ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1 - Attempt to Sexually Exploit a Child
Count 2 - Possession of Child Pornography

Date: September 16, 2026

s/ Elizabeth S. Long
*Issuing officer's signature*

City and state: Columbus, Georgia

Elizabeth S. Long, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* 9-16-26 , and the person was arrested on *(date)* 9-17-26
at *(city and state)* Perry, GA .

Date: 9-17-26

[signature]
*Arresting officer's signature*

Bradley E. Wood DUSM
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: KADE GARRETT RANDALL

Known aliases:

Last known residence: Click here to enter text., Click here to enter text.

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth: Click here to enter text.

Social Security number: Click here to enter text.

Height: Weight:

Sex: Race:

Hair: Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: