**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 5:26-CR-38 (MTT)** |
| | ) | |
| **KADE GARRETT RANDALL,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

The defendant, by and through his counsel, has moved to continue this case until the next trial term. ECF 19. The government does not oppose the motion. *Id.* ¶ 11.

Having considered the grounds for the motion, the Court, pursuant to 18 U.S.C. § 3161(h)(7)(A), finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (ECF 19) is **GRANTED**. The case is continued from the November term until the Court's next trial term presently scheduled for **January 11, 2027**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 7th day of October, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT